FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 24 2021

KEVIN P. WEIMER, Clerk
By _Jordyn Holden_ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL FILE NO. |
| v. | 1:19-CR-463-TWT |
| JHOVANY ARIAS-HERRERA, | |
| Defendant. | |

# VERDICT

1. As to Count One of the Indictment, the charge of forcibly assaulting and causing physical contact with at least one federal officer engaged in the performance of their official duties, we, the Jury, unanimously find Jhovany Arias-Herrera:

__✓__ Not Guilty          _____ Guilty

*If the answer is "Guilty," please proceed to Question 2.*

2. Having found Jhovany Arias-Herrera guilty, do you, the Jury, unanimously find that Jhovany Arias-Herrera did inflict bodily injury upon O.O. or G.R.?

_____ No          _____ Yes

This __24__ day of September, 2021.

_[signature]_
FOREPERSON